UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NICOLAS ALMARANTE ALMENGO,

                    Plaintiff,                23 Civ. No. 7793 (JGLC) (GS)

      -against-                  **PRE-SETTLEMENT
                                                      CONFERENCE ORDER**

ANTILLANA SUPERFOOD MEAT,
CORP. *et al*,

                    Defendants.

-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      Per Judge Clarke's September 6, 2023 order of reference, the parties were directed to contact Judge Gorenstein's chambers no later than 7 days after an answer was filed to schedule a settlement conference. (Dkt. No. 7). The order of reference was reassigned from Judge Gorenstein to the undersigned on September 18, 2023. Defendants filed an answer on November 21, 2023. (Dkt. No. 16). Thus, in accordance with Judge Clarke's September 6, 2023 order and the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein, this matter is hereby scheduled for a Pre-Settlement Conference Call on **Monday, December 18, 2023 at 11:30 a.m.** Please dial (646) 453-4442, Access Code: 717 509 46#.

      SO ORDERED.

DATED:    New York, New York
               December 11, 2023

                                                _____
                                                GARY STEIN
                                                United States Magistrate Judge