UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICOLAS ALMARANTE ALMENGO,

                Plaintiff,

-against-

ANTILLANA SUPERFOOD MEAT, CORP., 2285 GROCERY AND FOOD CORP., and JOHN DOES #1 through #4,

                Defendants.

23-CV-7793 (JGLC)

***CHEEKS* CONFERENCE ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    Counsel for all parties shall appear for a conference with the Court on **July 2, 2024** at **12:00 p.m.** to discuss the terms of their proposed settlement agreement. *See* ECF No. 26; *see also Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 995196030#. The parties should be prepared to discuss all terms of the parties' agreement and the extent to which they are consistent with *Cheeks*. The Court intends to rule on the parties' motion at the conference.

Dated: June 24, 2024
       New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*

                                      JESSICA G. L. CLARKE
                                      United States District Judge